IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY KRISTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:17-CV-11-NJR-RJD |
| | ) |
| CREDENCE RESOURCE MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the joint Stipulation of Dismissal dated May 31, 2017 (Doc. 27), indicating the parties stipulate to dismissal of this action in its entirety with prejudice and with each party to bear its own costs, this case is **DISMISSED with prejudice**.

    DATED:  May 31, 2017

    JUSTINE FLANAGAN, Acting Clerk

    By: s/ Deana Brinkley
        Deputy Clerk

APPROVED: s/Nancy J. Rosenstengel
                NANCY J. ROSENSTENGEL
                United States District Judge